AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

ROBERT WAYNE HUGHES

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: CIV-10-36-JHP-SPS

DR. SANDERS, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to exhaust administrative remedies, as required by 42 U.S.C. Section 1997e(a).

3/23/2011  
Date

WILLIAM B. GUTHRIE  
Clerk

s/ C.Trzcinski  
(By) Deputy Clerk